UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARVEY,<br><br>       Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO 49ERS, LTD.,<br><br>       Defendant. | Case No. 15-cv-01367-RS<br><br>**ORDER TO SHOW CAUSE** |

Having failed to appear for the case management conference held on June 25, 2015, Plaintiff John Garvey is hereby ordered to file proof of service of summons and complaint or show cause as to why he has not done so by Friday, July 10, 2015.  Should he fail to respond to this order by such date, this action will be dismissed without further notice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: June 26, 2015

_____
RICHARD SEEBORG
United States District Judge