UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN GARVEY,

         Plaintiff,

    v.

SAN FRANCISCO 49ERS, LTD.,

         Defendant.

Case No.  15-cv-01367-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 29, 2016**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 1, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 7/20/16

Richard Seeborg
United States District Judge