1 | David M. Poore, SBN 19254
2 | Scott A. Brown, SBN 177099
  | BROWN | POORE LLP
3 | 1350 Treat Blvd., Suite 420
  | Walnut Creek, California 94597
4 | Telephone:    (925) 943-1166
  | dpoore@bplegalgroup.com

5 | James Mills, SBN 203783
6 | LAW OFFICE OF JAMES MILLS
  | 1300 Clay Street, Suite 600
7 | Oakland, California 94612
  | Telephone:    (510) 521-8748
8 | Facsimile:    (510) 277-1413
  | james@jamesmillslaw.com

Attorneys for Plaintiff
JOHN GARVEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOHN GARVEY, | Case No. 3:15-CV-01367-RS (JCS) |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING ENTIRE ACTION [F.R.C.P. 41]** |
| v. | |
| | Courtroom G, 15th Floor |
| SAN FRANCISCO 49ERS, LTD.; and DOES 1 through 10, inclusive, | Hon. Joseph C. Spero |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOHN GARVEY by and through his attorney David M. Poore, and Defendants SAN FRANCISCO 49ERS, LTD. by and through their attorney Sean Kundu, that the above-captioned action be dismissed with prejudice

in its entirety pursuant to Fed. R. Civ. P. 41(a). The parties are responsible for their own costs and attorney's fees.

   IT IS SO STIPULATED.

Dated: August 9, 2016          BROWN | POORE LLP

              By: /s/ David M. Poore
                 David M. Poore
                 Attorneys for Plaintiff
                 JOHN GARVEY

Dated: August 9, 2016

              By: /s/ Sean Kundu
                 SEAN KUNDU, ESQ.
                 LEGAL COUNSEL
                 SAN FRANCISCO 49ERS, LTD.
                 Attorneys for Defendant

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   August _9_ , 2016

_____
UNITED STATES MAGISTRATE JUDGE